UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRVIN HARRIS | CIVIL ACTION |
| VERSUS | NO. 20-3018 |
| STATE OF LOUISIANA, WARDEN DARREL VANNOY | SECTION "D"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.

Additionally, Rule 11(a) of the Rules Governing 28 U.S.C. § 2254 proceedings provides that, "The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right."[2] The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve

---

[1] The Magistrate Judge's Report and Recommendation was issued on June 25, 2021. Objections were due by July 9, 2021. Because Petitioner is proceeding pro se, the Court has allowed an extended period of time, over one week, to file objections. None have been received as of the date of the signing of this Order.
[2] 28 U.S.C. § 2253(c)(2).

encouragement to proceed further.3  The Court finds that Irvin Harris' Petition fails to satisfy this standard.  Accordingly, the Court will not issue a certificate of appealability.

Therefore,

**IT IS ORDERED** that Irvin Harris's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

**IT IS FURTHER ORDERED** that the Court **DENIES** a certificate of appealability.

New Orleans, Louisiana, this 20th day of July, 2021.

*Wendy B Vitter*
**UNITED STATES DISTRICT JUDGE**

---

3 *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).